JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSBALDO GUTIERREZ-ARRIOLA, | Case No. 5:26-cv-02014-MAR |
| Petitioner, | |
| v. | JUDGMENT |
| MARKWAYNE MULLIN ET AL, | |
| Respondent. | |

Pursuant to the Order Granting Petition, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED, in part**.  Respondents are enjoined from continuing to detain Petitioner unless he is provided with an individualized bond hearing before an immigration judge pursuant to 8 U.S.C. § 1226(a) and due process within 7 days of the date of this Order.

Dated: May 22, 2026

_____

HONORABLE MARGO A. ROCCONI
United States District Judge